Nathaniel Webster, Plaintiff in Error, vs. Clarence M.
    Roof, Defendant in Error.

Writ of error to Circuit Court, Duval county; C. M.
Cooper, Referee.

A. W. Cockrell & Son, for Plaintiff in Error.

W. B. Young, for Defendant in Error.

This action was brought by the defendant in error
against the plaintiff in error and E. Rigney, as late co-
partners under the firm name of E. Rigney & Co. There
was judgment for the plaintiff, and the defendants take
writ of error. Subsequently there was a severance as to
the defendant Rigney, and the cause proceeded in the
name of Nathaniel Webster. The judgment is affirmed.

Decision *Per Curiam.*